In the Matter of HAROLD G. BALDWIN et al., Respondents, v. THOMAS F. McCoy, as State Administrator of the Administrative Board of the Judicial Conference of the State of New York, Appellant.—

Reynolds, J. P., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur.